218 P.2d 10]

[S. F. No. 17920.   In Bank.   May 11, 1950.]

JOSEPH WILLIAMS, Respondent, v. JAMES G. BRYANT, as Director of Employment, Appellant.

Fred N. Howser, Attorney General, and Chas. W. Johnson, Deputy Attorney General, for Appellant.

Fabian D. Brown for Respondent.

THE COURT.—This appeal presents the same problems as those disposed of in *Bell-Brook Dairies, Inc.* v. *James G. Bryant*, Director of Employment, *ante*, p. 404 [218 P.2d 1], decided this day, and that decision is controlling herein.
The judgment is affirmed.